E-FILED
Wednesday, 05 December, 2007  10:06:03 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

-VS-

MICHAEL L. JENKINS
(MOVEANT)

CASE NO. 2:98CR20044-001

FILED

DEC -5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MOVEANT, MICHAEL JENKINS, BRINGS THIS MOTION PURSUANT TO; UNITED STATES LAWS; THE COURT HAVING JURISDICTION OF THIS MATTER PURSUANT TO, UNITED STATES LAWS; THAT ARE INHERANT.

MOVEANT SUBMITS THE FOLLOWING INFORMATION IN SUPPORT OF HIS PETITION FOR RELIEF FROM JUDGEMENT.

1. MY REGISTER NUMBER IS N88062, AND I AM PRESENTLY INCARCERATED AT THE DIXON CORRECTIONAL CENTER, DIXON, ILLINOIS 61021.

2. THE LENGTH OF MY SENTENCE IN THIS MATTER AND OR CURRENT JUDGEMENT WOULD BE 22 YEARS TOTAL.

## TITLE AND SECTION

18 U.S.C. § 2113 (a)   BANK ROBBERY 20 YEARS.
OFFENSE DATE 3/24/1998   COUNT I

18 U.S.C. § 2113 (9)  BANK ROBBERY  20 YEARS.
OFFENSE DATE  4/1/1998  COUNT II

18 U.S.C. § 922 (9)(1)  FELON IN POSSESSION OF
A FIREARM  10 YEARS.
OFFENSE DATE  4/2/1998  COUNT III

3. I WAS SENTENCED ON CASE NUMBER
2:98CR 20044-001 BY THE UNITED STATES
DISTRICT COURT OF CENTRAL ILLINOIS IN
CHAMPAIGN ILLINOIS,  COUNTY OF
VERMILLION.

I WAS SENTENCED ON; 1/08/1999; BY
THE HONORABLE MICHAEL P. McCUSKEY UNI-
TED STATES DISTRICT JUDGE SITTING ON
THE BENCH.

4. MY SCHEDULED RELEASE DATE FROM
THE DEPARTMENT OF THE B.O.P. WOULD BE
1/8/2029 (240 MONTHS)

THE REASON MOVEANT IS REQUESTING
RELIEF FROM JUDGEMENT, IS DUE TO
BEING UNDER HYPNOTIC CONTROL AND HYPNO-
TIC SUGGESTION BEFORE DUREING AND
AFTER OFFENSES CHARGED AND SENTENCED
TO IN CASE NUMBER 2:98 CR 20044-001.;
AND STATE CASE NUMBER'S 98 CF 108, 98 CF 94
I WAS UNDER HYPNOTIC CONTROL AND
HYPNOTIC SUGGESTION BEFORE DUREING AND
AFTER COURT PROCEEDING'S IN THIS MATTER,
IN FEDERAL AND STATE COURT, OF ILLINOIS
AS WELL AS THE HONORABLE MR. MICHAEL

P. McLUSKEY AND ALL PERSONEL FEDERAL AND STATE COURT AS WELL IN SOME PERSONEL WAS UNDER HYPNOTIC SUGGESTION AS WELL WICH IS PRETTY MUCH HYPNOTIC CONTROL AT TIMES.

5. MOVEANT HAS INCLUDED AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM JUDGEMENT IN THIS MOVEMANT.

6. WITNESS TESTIMONY AT CORRECT TIME AND HOPEFULLY IN TIMELY MANNER DUE TO CLASSIFIED SUBJECT MATTER AND AVAILABILITY OF INTELLIGENCE OFFICER'S OF THE UNITED STATES OF AMERICA, IN PROPER FORM DUE TO CLASSIFIED SUBJECT MATTER AND SOME INTELLIGENCE OFFICERS AVAILABILITY.

7. MOVEANT REQUESTS HEARING ON INCLOSED SUBJECT MATTER THAT IS CLASSIFIED, WHEN APPROPRIATE AND WHEN INTELLIGENCE OFFICER'S AVAILABILITY IS POSSIBLE AS SCHEDULES AND DUTIES ARE HECTIC; AS APPROPRIATE OR THE WAY WITNESS TESTIMONY IS RECEIVED.

8. INTELLIGENT OFFICERS WHOM WOULD BE WITNESS'S NAMES ARE NOT PROVIDED DUE TO ONLY KNOWING ALIASES. AT THIS TIME AND INTELLIGENCE OFFICER'S WILL MAKE NAMES KNOWN TO HIS HONOR WITH ALIASES THAT CAN BE CONFIRMED BY THE UNITED STATES GOVERNMENT.

WHEREFORE, MOVEANT ASK'S THE COURT TO VACATE JUDGEMENT IN CASE

98 CF 108 AND 98 CF 94 IN STATE OF ILLINOIS, COLES COUNTY, AND FEDERAL CASE NUMBER 2:98 CR 20044-001 BASED ON INCLOSED SUBJECT MATTER WITH OR WITHOUT A HEARING, BASED ON INFORMATION AND WITNESS TESTIMONY.

9. WRITTEN UNDER PENALTIES OF PERJURY UNDERSTOOD BY All HONORABLE COURTS OF LAW IN THE UNITED STATES OF AMERICA.

RESPECTFULLY SUBMITTED,

MICHAEL L. JENKINS
(MOVEANT)
DEFENDANT

REGISTERED NUMBER
STATE OF ILLINOIS N88062
FEDERAL B.O.P.  09982-026

SIGNED AND SWORN TO BEFORE ME ON THIS DAY OF,      ,2007

_____

NOTARY PUBLIC