UNITED STATES DISTRICT COURT (DISTRICT OF) CHAMPAIGN ILLINOIS

MOTION TO PROCEED WITHOUT PRE-PAYMENT OF FEES AND AFFIDAVIT

UNITED STATES OF AMERICA (PLAINTIFF)
-V-
MICHAEL JENKINS (MOVEANT)

CASE NUMBER: 2:98CR20044-001

FILED
DEC -5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I MICHAEL JENKINS DECLARE THAT I AM THE MOVEANT IN THE ABOVE ENTITLED PROCEEDING, THAT IN SUPPORT OF MY REQUEST TO PROCEED WITHOUT PRE-PAYMENT OF FEES OR COSTS DECLARE THAT I AM UNABLE TO PAY COSTS OF THESE PROCEEDINGS AND THAT I AM ENTITLED TO THE RELIEF SOUGHT IN ENCLOSED AND OR ATTACHED MOTION.

IN SUPPORT OF THIS APPLICATION, I ANSWER THE FOLLOWING QUESTIONS UNDER PENALTY OF PERJURY, AND MOVE THE COURT WITHIN LAW'S OF THE UNITED STATES OF AMERICA.

(1.) I'm CURRENTLY INCARCERATED AT

PAGE 2

Dixon Correctional Center. 2600 Brinton Avenue, Dixon Illinois 61021-9524.

2. I am not currently employed at Dixon Correctional Center.

I receive up to $10.00 a month, stipend at this time.

See attached money transaction form for the last 6 months.

Last job was many years ago on or around 11 to 12 years ago, beyond or before incarceration.

3. I have received no money other than 10.00 and or a little over with institutional jobs.

I have also received money orders on holidays up to 20.00 to 30.00 dollars here and there 2 to 3 times a year.

4. I DO NOT have any cash or checking or savings accounts

5. I do not have any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value.

6. No one is dependant on me for

ANY FINANCIAL SUPPORT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

11/28/07
(DATED)

Michael Jenkins
(MICHAEL JENKINS)
SIGNATURE OF DEFENDANT
AND OR MOVEANT

NOTICE TO PRISONER: A PRISONER SEEKING TO PROCEED I.F.P. SHALL SUBMIT AN AFFIDAVIT STATING ALL ASSETS. IN ADDITION, A PRISONER MUST ATTACH A STATEMENT CERTIFIED BY THE APPROPRIATE INSTITUTIONAL OFFICER SHOWING ALL RECEIPTS, EXPENDITURES, AND BALANCES DUREING THE LAST SIX MONTHS IN YOUR INSTITUTIONAL ACCOUNTS. IF YOU HAVE MULTIPLE INSTITUTIONS ATTACH ONE CERTIFIED STATEMENT OF EACH ACCOUNT.

# CERTIFICATE
(INCARCERATED APPLICANTS ONLY)
(TO BE COMPLETED BY THE INSTITUTION OF INCARCERATION)

I CERTIFY THAT THE APPLICANT NAMED HEREIN HAS THE SOME OF SO MUCH MONEY, THE SUM OF $ __2.90__ ON ACCOUNT TO HIS CREDIT AT THE DIXON CORRECTIONAL CENTER.

I FURTHER CERTIFY THAT THE APPLICANT HAS THE FOLLOWING SECURITIES TO HIS CREDIT: __unknown__

I FURTHER CERTIFY THAT DURING THE PAST SIX MONTHS THE APPLICANTS AVERAGE BALANCE WAS $ __see attached__

11/28/07
DATE

Mara Chandler (sa)
SIGNATURE OF AUTHORIZED OFFICER